**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BRANDON NEAL,<br><br>                    Defendant. | CR 04-00732-RSWL-13<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Currently before the Court is Defendant Brandon Neal's ("Defendant") Motion for Early Termination of Supervised Release ("Motion"), filed on April 9, 2018. The Court sets the following briefing schedule:

Government's Opposition: **May 7, 2018**

Defendant's Reply:        **June 15, 2018**

///

///

1

The Motion will be deemed submitted upon receipt of any Reply or on the expiration of the Reply deadline. **IT IS SO ORDERED.**


DATED: April 11, 2018          s/ RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge