PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 26 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY

U.S.A.   VS.   Brandon Neal                                                                 Docket No.:   CR04-00732-RSWL

**Petition on Probation and Supervised Release (Modification)**

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Brandon Neal</u> who was placed on supervision by the Honorable <u>RONALD S.W. LEW</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>13th</u> day of <u>March</u>, <u>2006</u> who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On or about, November 28, 2018, Mr. Neal was arrested for battery with injury, in violation of California Penal Code Section 273.5 (a). Additionally, on or about March 6, 2019, Mr. Neal was arrested for Intimate Partner Violence with Injury, in violation of California Penal Code Section 273.5.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Brandon Neal, as a special condition of supervision, shall not batter, stalk, harass, intimidate, or threaten, Rika Ngo Porter; the offender shall not enlist someone else to batter, stalk, harass, intimidate, or threaten Rika Ngo Porter; the offender shall not telephone Rika Ngo Porter and shall stay at least 100 yards away from her place of employment or residence; and the offender shall not attempt to communicate or correspond with Rika Ngo Porter through any electronic methods, including email or social networking sites. The offender shall not batter, stalk, harass, intimidate, or threaten Rika Ngo Porter, her family members of friends; the offender shall not enlist someone to batter, stalk, harass, intimidate or threaten Rika Ngo Porter, her family members of friends.

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this <u>25th</u> day of <u>June</u> 20<u>19</u> and ordered filed and made a part of the records in the above case. | /S/MARIBEL URTEZ<br>U. S. Probation Officer |
| s/ RONALD S.W. LEW | Place:   Inglewood, California |
| Senior United States District Judge<br>HONORABLE RONALD S.W. LEW | Approved:   /S/AVA T AUSTIN<br>Supervising U. S. Probation Officer |
|  | Date:   June 24, 2019 |